**Jatinder KAUR; Ravinder Singh Kalsi, Petitioners,**

v.

**Alberto GONZALES,\* Attorney General, Respondent.**

**No. 03–73617.**

**Agency Nos. A77–374–634, A77–374–635.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.\*\*

Decided Feb. 14, 2005.

Before FERNANDEZ, GRABER and GOULD, Circuit Judges.

---

\* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM\*\*\*

Jatinder Kaur and Ravinder Singh Kalsi, natives and citizens of India, petition for review of the Board of Immigration Appeals' ("BIA") decision affirming the immigration judge's ("IJ") denial of their application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252 and review for substantial evidence an adverse credibility determination. *Gui v. INS,* 280 F.3d 1217, 1225 (9th Cir.2002). We deny the petition.

Substantial evidence supports the BIA's and IJ's adverse credibility determination. The record contains inconsistencies that go to the heart of Singh's asylum claim, including whether Singh has had contact with family members in India, which goes to his fear of persecution. *See Chebchoub v. INS,* 257 F.3d 1038, 1043 (9th Cir.2001).

Because Singh failed to demonstrate that he was eligible for asylum, it follows that he did not satisfy the more stringent standard for withholding of removal. *See Mejia–Paiz v. INS,* 111 F.3d 720, 725 (9th Cir.1997).

**PETITION FOR REVIEW DENIED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\*\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).